IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In the Matter of:

MICHELLE BEAUVAIS,

          Debtor,          ORDER

MICHELLE BEAUVAIS,          10-cv-440-wmc

          Appellant,

    v.

SALLIE MAE-ECMC,

          Appellee.

---

Appellant Michelle Beauvais has filed a notice of appeal of an order of the Bankruptcy Court not discharging her student loan debt. She has not paid the $255 fee for filing an appeal. Therefore, I construe the notice to include a request for leave to proceed *in forma pauperis* in this case.

Before the court can determine whether appellant can proceed without paying the filing fee, she will need to submit a completed affidavit of indigency. If appellant does not submit this affidavit by August 30, 2010, her case will be dismissed for failure to prosecute.

ORDER

IT IS ORDERED that appellant Michelle Beauvais may have until August 30, 2010, in which to submit a completed affidavit of indigency. If, by August 30, 2010, appellant fails to submit the required affidavit of indigency or show cause for her failure to do so, the clerk of court is directed to close this case for appellant's failure to prosecute.

Entered this 9th day of August, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge